# Court of Appeals
# of the State of Georgia

ATLANTA,__February 26, 2025____

*The Court of Appeals hereby passes the following order:*

**A25A1001.  TYREE HOWIE v. THE STATE.**

Tyree Howie filed a notice of appeal in this action, and the appeal was docketed on January 15, 2025. As set forth in Court of Appeals Rule 23 (a), an appellant must file a brief within 20 days after the appeal is docketed. Therefore, Howie's brief was due no later than February 4, 2025. Howie, however, has neither filed a brief nor requested an extension of time in which to do so. Because Howie has not filed a timely brief in this case, we hereby DISMISS his appeal. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__02/26/2025_____*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*